**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
CHINELO UGBOAJA,                                  :
                                                  :
                Plaintiff,          :           25-CV-0078 (PAE) (OTW)
                                                  :
             -against-                      :           **ORDER**
                                                  :
PERRY AVENUE FAMILY MEDICAL, INC., et al.,        :
                                                  :
                Defendants.         :
                                                  :
                                                  :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference on this matter on April 23, 2025.

As **ORDERED** at the April 23 Conference, the parties are directed to meet and confer by **May 2, 2025,** on the issue of improperly named Defendants.

After the April 23 Conference, I issued a Mediator's Proposal to resolve the case in full. The parties are directed reply to the Mediator's Proposal by ex parte email to my Chambers email by **May 2, 2025**.

       **SO ORDERED.**

                                                                                          *s/ Ona T. Wang*

Dated: April 23, 2025                                          **Ona T. Wang**
       New York, New York                               United States Magistrate Judge