**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CHINELO UGBOAJA,

         Plaintiff,

         -against-

PERRY AVENUE FAMILY MEDICAL, INC., et al.,

         Defendants.
------------------------------------------------------------x

25-CV-0078 (PAE) (OTW)

**ORDER**

    **ONA T. WANG**, **United States Magistrate Judge**:

    The parties are directed to file a joint status letter on the docket by **May 30, 2025,** and on the last business Friday of each month thereafter, apprising the Court on the status of discovery (e.g., what discovery has been completed since the last letter, what discovery the parties intend to complete before the next letter, any disputes that require judicial resolution, whether the parties would like to discuss settlement).

    **SO ORDERED.**

Dated: May 6, 2025
       New York, New York

                                          _s/ Ona T. Wang_
                                          **Ona T. Wang**
                                          United States Magistrate Judge