UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHINELO UGBOAJA,

               Plaintiff,

             -against-

PERRY AVENUE FAMILY MEDICAL, INC., et al.,

             Defendants.
------------------------------------------------------------x

25-CV-0078 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Plaintiff's amended complaint at ECF 32.

Defendants are directed to meet and confer with Plaintiff to determine how they intend to respond to the amended complaint. Defendants' response—whether an answer or motion to dismiss or motion to compel arbitration—is due **July 11, 2025.**

**SO ORDERED.**

Dated: June 20, 2025
New York, New York

               _s/ Ona T. Wang_
               **Ona T. Wang**
               United States Magistrate Judge